UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:  
Robert Stancil Lockhart, Jr.  
Sherena Michelle McDonald Lockhart  
    Debtors

Case Number: 10-81915  
Chapter 13

RESPONSE TO MOTION TO USE CASH COLLATERAL AND TO ALLOW
SUBSTITUTION OF COLLATERAL

NOW COMES Home Credit Corporation, (hereinafter "Home Credit") and responding to the Motion to Use Cash Collateral and to Allow Substitution of Collateral filed by counsel for the Debtors, and shows unto the Court:

1. That Home Credit Corporation should be allowed to inspect any proposed substitute vehicle to ensure that it is an acceptable substitute for the current collateral.

2. That Home Credit Corporation has an interest in the insurance proceeds to the extent that the value of the substitute collateral does not fully secure Home Credit Corporation's claim.

WHEREFORE, Home Credit Corporation prays unto the Court:

1. That the Motion to Use Cash Collateral and to Allow Substitution of Collateral be denied.

2. That it have a hearing on this matter.

3. That it have such other and further relief as to the Court may seem just and proper.

This the 26th day of September, 2011.

                s/William F. Hill_____  
                William F. Hill  
                State Bar No. 10929  
                Attorney for Home Credit Corporation  
                Post Office Box 2517  
                Greenville, North Carolina 27836  
                Telephone: 252-355-4277  
                Facsimile: 252-355-2797

## CERTIFICATE OF SERVICE

The undersigned, of P.O. Box 2517, Greenville, North Carolina 27836, certifies:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this date I served copies of the foregoing RESPONSE TO MOTION TO USE CASH COLLATERAL AND TO ALLOW SUBSTITUTION OF COLLATERAL on the following parties by first class mail at their last known address:

    John T. Orcutt
    Attorney for Debtors
    6616-203 Six Forks Road
    Raleigh, NC 27615

    Richard M. Hutson, II
    Chapter 13 Trustee
    300 W. Morgan St., Suite 425
    Post Office Box 3613
    Durham, NC 27702

    Sherena Michelle McDonald Lockhart
    19761 Pineneedle Circle
    Laurinburg, North Carolina  28352

    Robert Stancil Lockhart, Jr.
    19761 Pineneedle Circle
    Laurinburg, NC 28352

This the 26th day of September, 2011.

    s/William F. Hill_____
    William F. Hill
    State Bar No. 10929
    Attorney for Home Credit Corporation
    Post Office Box 2517
    Greenville, North Carolina 27836
    Telephone: 252-355-4277
    Facsimile: 252-355-2797